**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| CHRISTIAN DEANNE KENDRICK and ROBERT WILLIAM KENDRICK,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, ex rel. DEPARTMENT OF HEALTH & HUMAN SERVICES,<br><br>Defendant. | Case No.: |

## COMPLAINT

COMES NOW the Plaintiffs, Christian Deanne Kendrick and Robert William Kendrick, by and through counsel, and for their claims against the Defendants, the United States of American ex rel., United States Department of Health & Human Services, and Chickasaw Nation Medical Center, hereby allege and state as follows:

### PARTIES, JURISDICTION, AND VENUE

1. Christian Deanne Kendrick, at all relevant times, was a resident of the State of Oklahoma.

2. Robert William Kendrick, at all relevant times, was a resident of the State of Oklahoma.

3. Chickasaw Nation Medical Center is located in Ada, Oklahoma, is part of the Indian Health Care System, which is a part of the Defendant United States

Department of Health and Human Services. At all relevant times hereto, it offers healthcare to the public at large in the State of Oklahoma.

4. Chickasaw Nation Medical Center is and, at all times relevant to this action, was a federally funded clinic whose health care providers were deemed to have been federal employees working within the scope of their employment for the United States of America under the Federal Tort Claims Act.

5. Pursuant to 25 U.S.C. § 5321(d) and 28 U.S.C. 2671 et seq. (FTCA), The United States of America is the Defendant in its capacity as the legally responsible entity for acts and omissions of:

a. The Department of Health and Human Services, and its agency;

b. The Indian Health Service (IHS); and

c. The Indian Health Services' contract service unit, namely, the Chickasaw Nation Medical Center, located in Ada, Oklahoma; and

d. The Agents and employees of the Chickasaw Nation Medical Center, among whom are various individual nurses and doctors.

6. The events about which Plaintiffs complain took place at the Chickasaw Nation Medical Center in Ada, Pontotoc County, Oklahoma, in the Eastern District of the United States.

7. This Court has jurisdiction of this matter pursuant to 28 U.S.C. § 1346(b)(1).

8. Plaintiffs have, pursuant to the administrative procedures associated with the Federal Tort Claims Act (FTCA), filed substantive Form 95 claims with the United States of America, setting forth the basis of the claims and injuries. The written notice of claim for Robert Kendrick was received by the Department of Health and Human Services on March 16, 2026. The written notice of claim to Chickasaw Nation Medical Center for Robert Kendrick was received on March 12, 2026. Christian Kendrick's notice of claim to Department of Health and Human services was received on March 17, 2026. Christian Kendrick's notice of claim to Chickasaw Nation Medical Center was received on March 13, 2026.

9. Pursuant to 28 U.S.C. § 2675(a) Defendant is given six months to review and respond to Plaintiffs' claims, and Plaintiffs have not received any notification from Defendant regarding action or denial, these claims are deemed constructively denied.

10. Venue is proper in this Court due to 28 U.S.C. § 1402(b) since all occurrences were in the jurisdiction of this Court.

**FACTUAL ALLEGATIONS**

11. On or about April 22, 2024, Christian Deanne Kendrick presented to Chickasaw Nation Medical Center for a surgical procedure related to an ovarian mass.

12. During the course of that procedure, Dr. Lucretia Barker, M.D. and Dr. Richard McClain, M.D., employees and/or agents of Chickasaw Nation Medical

Center, acting within the scope of their employment, breached the applicable standard of care owed to Christian Kendrick.

13. As a direct and proximate result of said breach, Christian Kendrick sustained serious permanent personal injuries, underwent additional corrective surgery, and has suffered and will continue to suffer damages as set forth herein.

14. At all times relevant hereto, Robert William Kendrick was the lawful spouse of Christian Deanne Kendrick.

**COUNT I - NEGLIGENCE**

15. Plaintiffs incorporate by reference paragraphs 1 through 14 above as if fully set forth herein.

16. Defendant, through its employees and agents, owed Christian Kendrick a duty to provide medical care consistent with the applicable standard of care.

17. Defendant breached that duty.

18. As a direct and proximate result of Defendant's breach, Christian Kendrick has suffered damages including, but not limited to, past and future medical expenses, physical pain and suffering, mental anguish, permanent injury, and loss of enjoyment of life.

**COUNT II – LOSS OF CONSORTIUM**

19. Plaintiffs incorporate by reference paragraph 1 through 18 above as if fully set forth herein.

20. As a direct and proximate result of the injuries sustained by Christian Kendrick as described above, Robert Kendrick has been denied the consortium, companionship, and support of his spouse.

21. Robert Kendrick has suffered damages as a direct and proximate result of Defendant's negligence.

**DEMAND FOR JURY TRIAL**

22. Plaintiffs demand a jury trial for all issues of fact presented by this action.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs pray for judgment against Defendant in an amount excess of $75,000, together with interest, costs, attorneys' fees, and such other relief as the Court deems just and proper.

Respectfully submitted,
WALSH & FRANSEEN

s/Derek S. Franseen
Derek S. Franseen, OBA No. 30557
200 E. 10th Street Plaza
Edmond, OK 73034
(405) 843-7600 – Telephone
(405) 606-7050 – Facsimile
dfranseen@walshlawok.com
*Attorneys for Plaintiff*